UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:13-cv-1460-KJN<br><br>ORDER |

On November 5, 2013, the parties filed a stipulation requesting that the Commissioner be granted an extension until December 4, 2013, to file the administrative transcript. (ECF No. 10.) According to the stipulation, the Commissioner requires additional time to produce the transcript and the Commissioner's counsel will be on leave between November 25, 2013, and December 3, 2013. (Id.)

The court approves the parties' stipulation. The administrative transcript shall be filed no later than December 4, 2013, and the scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: November 6, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1