Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  LEON SULLIVAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LEON SULLIVAN, | Case No.:  2:13-CV-1460 KJN |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Leon Sullivan ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to February 26, 2014; and that Defendant shall have until March 25, 2014, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due April 2, 2014.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 21, 2014        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff LEON SULLIVAN

DATED:  January 21, 2014        BENJAMIN WAGNER
United States Attorney


*/S/- Armand Roth

_____
Armand Roth
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including February 26, 2014, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to March 25, 2014
4  to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due
5  April 2, 2014.
6   IT IS SO ORDERED.
7  Dated:  January 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE